# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

BUCKIE A. MILLS,                                                                                           PETITIONER
ADC #105605

v.                                       No. 5:09CV00112 JLH/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                    RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the Petition for a Writ of Habeas Corpus, under 28 U.S.C. § 2254 (docket entry #2), is DISMISSED, WITH PREJUDICE.

Dated this 27th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE