# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

BUCKIE A. MILLS,                                                                                      PETITIONER
ADC #105605

v.                                    No. 5:09CV00112 JLH/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                           RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment was entered in favor of Respondent, and this habeas action is hereby DISMISSED, WITH PREJUDICE.

Dated this 27th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE